**Larry Arnold YOUNG, Plaintiff—Appellant,**

v.

**WARDEN, FEDERAL CORRECTIONAL INSTITUTION, MORGANTOWN, Defendant—Appellee.**

No. 07–6176.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 30, 2007.

Larry Arnold Young, Appellant Pro Se. Betsy S. Jividen, Assistant United States Attorney, Alan Gordon McGonigal, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. Warden, Fed. Corr. Inst.*, No. 3:06–cv–00020–IMK, 2007 WL 189342 (N.D.W.Va. Jan. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*